No. 394. FUNK *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted, limited to the question as to what law is applicable to the determination

of the competency of the wife of the petitioner as a witness. The motion for leave to proceed further herein *in forma pauperis* is granted. *Messrs. Charles A. Hammer* and *John W. Carter, Jr.,* for petitioner. *Solicitor General Biggs, Assistant Solicitor General MacLean,* and *Messrs. Amos W. W. Woodcock* and *W. Marvin Smith* for the United States.